# Court of Appeals
# of the State of Georgia

ATLANTA,____April 14, 2016____

*The Court of Appeals hereby passes the following order:*

**A16A1043.   WILLIAMS v. SOUTHERN CRESENT HABITAT FOR HUMANITY.**

Appellee's Motion to dismiss is GRANTED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*____04/14/2016____
        *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____, *Clerk.*